THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIANE
WELLS, Appellant.

Submitted September 3, 2014; decided September 3, 2014

Motion for assignment of counsel granted and Seymour
James, Jr., Esq., The Legal Aid Society, 199 Water Street, New
York, NY 10038 assigned as counsel to the appellant on the ap-
peal herein.